FILED IN
COURT OF CRIMINAL APPEALS

August 25, 2015

ABEL ACOSTA, CLERK

PD-1095-15

PD-1095-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/21/2015 3:42:55 PM
Accepted 8/25/2015 4:38:07 PM
ABEL ACOSTA
CLERK

NO. 10-13-00409-CR

| | | |
|---|---|---|
| ADAM BROOKS | § | IN THE COURT |
| | § | |
| VS. | § | OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Petitioner and moves the Court for an extension of time to file the Petitioner's Petition for Discretionary Review in this cause, and in support thereof would show the Court as follows:

(a) The deadline for filing the Petitioner's Petition for Discretionary Review is Saturday, August 22, 2015.

(b) The Petitioner hereby requests an extension of time to file the Petition for Discretionary Review until September 25, 2015.

(c) Appellate counsel has been in trial in The State of Texas v. John Tolbert in Brazos County, and could not complete the Petition for Discretionary Review within the 30 days required.

(d) This is Petitioner's first request for an extension.

(e) This case was set in the 10th Court of Appeals-Waco.

(f) The 10th Court of Appeals' judgment was handed down on July 23, 2015.

1

(g) This case was styled *Adam Lamar Brooks v. The State of Texas*, No. 10-13-00409-CR.

(h) There has been no motion for rehearing filed in this case.

WHEREFORE, PREMISES CONSIDERED, the Petitioner moves this Court to grant an extension of time to file his Petition for Discretionary Review until September 25, 2015.

Respectfully submitted,

GREENING LAW

BY:__/s/_Craig Greening_____
CRAIG A. GREENING
SBOT # 24025395
P.O. Box 152
Bryan, Texas 77806
979/779-2000
FAX: 979/779-2033
ATTORNEY FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered via email to Doug Howell, District Attorney's Office, at dhowell@brazoscountytx.gov.

_____/s/_Craig Greening_____
CRAIG A. GREENING

# AFFIDAVIT

STATE OF TEXAS       §

COUNTY OF BRAZOS       §

I, CRAIG A. GREENING, the undersigned, being duly sworn, say:

I.

I am CRAIG A. GREENING, Attorney in the above-entitled and numbered case. I hereby swear the above and foregoing is true and correct to the best of my knowledge.

This extension is not sought for delay only, but that justice may be done.

_____
CRAIG A. GREENING

SUBSCRIBED AND SWORN TO BEFORE ME this __21__ day of

__AUGUST__, 2015.

_____
Notary Public, State of Texas

AMY JANELL MARTINEZ
My Commission Expires
November 6, 2018
NOTARY PUBLIC STATE OF TEXAS

4

AMY JANELL MARTINEZ
My Commission Expires
November 8, 2018